FILED
December 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DAVID TAPIA** § | |
| § | |
| v. § | **CIVIL NO. SA-25-CV-01462-OLG** |
| § | |
| **ARCHERY TRADE ASSOCIATION,** § | |
| **INC. ET AL** § | |

## ORDER TRANSFERRING CASE

It is hereby **ORDERED** that this civil case assigned to the docket of the Honorable U.S. District Judge Orlando L. Garcia is hereby **TRANSFERRED** to the docket of the Honorable Senior U.S. District Judge David A. Ezra.

All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 4th day of December, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE